IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GERTRUDE V. HILL )
) No. 3-08-0284
v. )
)
THE STANLEY WORKS )

O R D E R

On December 16, 2008, the defendant filed a motion to exclude testimony of plaintiff's expert witness and for summary judgment (Docket Entry No. 20).

By order entered August 11, 2008 (Docket Entry No. 16), the deadline for filing dispositive motions was extended to January 12, 2009, and the time for the plaintiff to file a response to any dispositive motion reduced from 31 days, as provided by order entered May 2, 2008 (Docket Entry No. 9), to 21 days.

However, because the instant motion was filed prior to the January 12, 2009, deadline and because of the end-of-the-year holidays, the plaintiff shall have 31 days or until January 16, 2009, to file a response to the motion. Any reply, if necessary, shall be filed within 15 days of the filing of the response or by January 31, 2009, if the response is filed on January 16, 2009.

No other filings in support of or in opposition to the defendant's pending motion shall be made except with the express permission of the Honorable Robert L. Echols.

The Clerk is directed to forward the file in this case to Judge Echols for his consideration of the defendant's motion to exclude expert testimony and for summary judgment and accompanying filings (Docket Entry Nos. 20, and 22-25), the plaintiff's response to be filed by January 16, 2009, and any reply, if necessary, to be filed by January 31, 2009.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge