IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERTRUDE V. HILL, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:08-0284 |
| | ) JUDGE HAYNES |
| THE STANLEY WORKS, | ) |
| Defendant. | ) |

### O R D E R

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 10th day of August, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge